# ENTRY ORDER

## 2016 VT 136

## SUPREME COURT DOCKET NO. 2016-428

## DECEMBER TERM, 2016

| | | |
|---|---|---|
| Representative Donald Turner, Jr. and Senator Joseph Benning | } | ORIGINAL JURISDICTION |
| | } | |
| | } | |
| v. | } | |
| | } | |
| Governor Peter Shumlin | } | |

In the above-entitled cause, the Clerk will enter:

¶ 1.    Senator Joseph Benning's motion to intervene and join in the above petition is granted.

BY THE COURT:

☒ Publish

☐ Do Not Publish

Paul L. Reiber, Chief Justice

John A. Dooley, Associate Justice

Marilyn S. Skoglund, Associate Justice

Harold E. Eaton, Jr., Associate Justice

Walter M. Morris, Jr., Superior Judge (Retired), Specially Assigned